RECEIPT FOR AO FORM 85 AND AO FORM 85A

United States District Court for the District of Delaware

Civil Action No. _09-613_

# ACKNOWLEDGMENT OF RECEIPT FOR:

**AO FORM 85, NOTICE, CONSENT, AND REFERENCE OF A CIVIL CASE TO A MAGISTRATE JUDGE,**

**AND**

**AO FORM 85A, NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE.**

I hereby acknowledge receipt of __2__ copies of AO forms 85 and 85A.

_8-18-09_  _James F. Beatty_
(Date forms provided)   (Signature of person receiving forms)

James F. Beatty, Parcels, Inc.
(Printed name of recipient/name of firm)

NOTE:

Signed receipt form will be filed and docketed.