IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| WARNER HOME VIDEO, a division of WARNER BROS. HOME ENTERTAINMENT, INC. | ) ) ) ) |
| Defendant. | ) |

**JURY TRIAL DEMANDED**

## PLAINTIFF REDBOX AUTOMATED RETAIL, LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Redbox Automated Retail, LLC ("Redbox") hereby provides the following disclosure statement:

Redbox is a Delaware limited liability company. Coinstar, Inc., is a publicly held company that owns 10% or more of Redbox's stock. No other publicly held company owns 10% or more of the stock of Redbox.

Respectfully submitted,

/s/ James S. Green
James S. Green, Esq. (DE0481)
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
jgreen@svglaw.com
(302) 888-0600 tel
(302) 888-7603 direct
(302) 888-0606 fax
*Attorneys for Plaintiff*

Dated August 18, 2009

Of Counsel:

Charles S. Bergen
George R. Dougherty
Michael S. Gulland
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700
Fax: (312) 558-1195

Frederick W. Stein
Redbox Automated Retail, LLC
One Tower Lane, Suite 1200
Oakbrook Terrace, Illinois 60181
Phone: (630) 756-8255
Fax: (630) 756-8885
Dated: August 18, 2009