AO 440 (Rev. 02/09) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the

Redbox Automated Retail, LLC )
　　　　　　Plaintiff )
v. ) Civil Action No. 09-00613
Warner Home Video, a division of Warner Bros. )
　　　　　　Defendant Home Entertainment, Inc.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Warner Home Video, a division of Warner Bros. Home Entertainment, Inc.
c/o United States Corporation Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James S. Green Esq.
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899    (302) 888-0600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Redbox Automated Retail LLC v. Warner Home Video　　　　　Doc. 4

CLERK OF COURT

Date: AUG 19 2009

*Signature of Clerk or Deputy Clerk*

Dockets.Justia.com

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* WARNER HOME VIDEO A DIVISION OF WARNER BROS.
was received by me on *(date)* 8/19/09

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MARY DRUMMOND , who is
designated by law to accept service of process on behalf of *(name of organization)* WARNER HOME VIDEO A DIVISION OF WARNER BROS.
C/O UNITED STATES CORPORATION CO 2711 CENTERVILLE RD WILM. DE  on *(date)* 8/19/09 , or

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 8/19/09 _____
*Server's signature*

KEVIN S. DUNN
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19801
302-475-2600
*Server's address*

Additional information regarding attempted service, etc: