

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| Redbox Automated Retail, LLC <br> *Plaintiff* <br> v. <br> Warner Home Video <br> *Defendant* | ) ) ) ) ) Civil Action No. 09-00613 |

## ʼALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Warner Home Video, a division of Warner Bros. Home Entertainment, Inc.
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James S. Green, Sr., Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Redbox Automated Retail LLC v. Warner Home Video                Doc. 5

CLERK OF COURT

Date: ___AUG 2 4 2009___       *Francesca Scarpato*
                                                *Signature of Clerk or Deputy Clerk*

Dockets.Justia.com

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* WARNER BROS. HOME ENTERTAINMENT, INC.
was received by me on *(date)* 8/25/09

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* SCOTT LASCALA (PROCESS AGENT), who is
designated by law to accept service of process on behalf of *(name of organization)* WARNER BROS. HOME ENTERTAINMENT, INC.
C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE on *(date)* 8/25/09, or

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 8/25/09

*Server's signature*

BARRY EVELAND
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19801
302-475-2600
*Server's address*

Additional information regarding attempted service, etc: