# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC,<br><br>                        Plaintiff,<br><br>                v.<br><br>WARNER HOME VIDEO, a division of<br>WARNER BROS. HOME ENTERTAINMENT,<br>INC.,<br><br>                       Defendant. | C.A. No. 09-613 (RBK) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that defendant's time to answer, move or otherwise plead in response to the complaint shall be extended from September 14, 2009 to October 1, 2009.

| | |
|---|---|
| */s/ James S. Green*<br>James S. Green (#0481)<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br>(302) 888-0600<br>jgreen@svglaw.com<br>*Counsel for Plaintiff Redbox*<br>*Automated Retail, LLC* | */s/ Anne Shea Gaza*<br>Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com<br>*Counsel for Defendants Warner Home*<br>*Video, a division of Warner Bros. Home*<br>*Entertainment, Inc.* |

        **SO ORDERED this ___ day of September, 2009.**

                                                                     _____
                                                                     **Hon. Robert B. Kugler, U.S.D.C.**