# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

REDBOX AUTOMATED RETAIL, LLC )
             )
     Plaintiff, )
             )   Civil Action No. 1:09-cv-00613-RBK
     vs. )
             )   **JURY TRIAL DEMANDED**
WARNER HOME VIDEO, a division of )
WARNER BROS. HOME )
ENTERTAINMENT, INC. )
             )
     Defendants. )
             )
             )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel

moves for the admission *pro hac vice* of Charles S. Bergen to represent the plaintiff, Redbox

Automated Retail, LLC, in this matter.

/s/ James S. Green, Esq.
_____
James S. Green, Esq. (DE 0481)
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
jgreen@svglaw.com
Telephone: (302) 888-0600
Facsimile: (302) 888-0606

*Attorneys for Plaintiff*

Date: September 7, 2009

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____    _____
                 United States District Judge

Redbox Automated Retail LLC v. Warner Home Video    Doc. 7

Dockets.Justia.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

REDBOX AUTOMATED RETAIL, LLC    )
    )
         Plaintiff,     )      Civil Action No. CV-00613-RBK
    )
    vs.        )
    )      **JURY TRIAL DEMANDED**
WARNER HOME VIDEO, a division of    )
WARNER BROS. HOME    )
ENTERTAINMENT, INC.    )
    )
    )
         Defendants.    )
    )

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and, pursuant to local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:   9-1-09

Charles S. Bergen
GRIPPO & ELDEN LLC
111 South Wacker Drive
Suite 5100
Chicago, IL 60606
Phone: (312) 704-7700

785466.1