IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC )<br><br>Plaintiff, )<br>)<br>vs. )<br>)<br>WARNER HOME VIDEO, a division of )<br>WARNER BROS. HOME )<br>ENTERTAINMENT, INC. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:09-cv-00613-RBK<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of George R. Dougherty to represent the plaintiff, Redbox Automated Retail, LLC, in this matter.

/s/ James S. Green, Esq.
James S. Green, Esq. (DE 0481)
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
jgreen@svglaw.com
Telephone: (302) 888-0600
Facsimile: (302) 888-0606

*Attorneys for Plaintiff*

Date: September 2, 2009

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____    _____
                                United States District Judge

Redbox Automated Retail LLC v. Warner Home Video        Doc. 9

785470.1

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC  <br><br>Plaintiff,  <br><br>vs.  <br><br>WARNER HOME VIDEO, a division of WARNER BROS. HOME ENTERTAINMENT, INC.  <br><br>Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. CV-00613-RBK<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and, pursuant to local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 9/4/09

George R. Dougherty
GRIPPO & ELDEN LLC
111 South Wacker Drive
Suite 5100
Chicago, IL 60606
Phone: (312) 704-7700

785470.1