IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Redbox Automated Retail, LLC, | ) |
| Plaintiff, | ) ) ) |
| | ) C. A. No. 09-613-RBK |
| v. | ) ) |
| Warner Home Video, a division of Warner Bros. Home Entertainment, Inc., | ) ) ) |
| Defendant. | ) ) ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5, and the attached certification, counsel moves the admission *pro hac vice* of Katherine B. Forrest of Cravath, Swaine & Moore LLP to represent Defendant Warner Home Video, a division of Warner Bros. Home Entertainment, Inc., in the above-captioned matter.

*Of Counsel:*

Katherine B. Forrest
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1634

Dated: September 11, 2009

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com

*Attorneys for Defendant*

# CERTIFICATION

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

*[signature]*
Katherine B. Forrest
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2009, I caused to be served by **hand delivery and e-mail** the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

James S. Green
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
jgreen@svglaw.com


I hereby certify that on September 11, 2009, I caused the foregoing document to be sent via **e-mail** to the following non-registered participants:

Charles S. Bergen
George R. Dougherty
Michael S. Gulland
Grippo & Elden LLC
111 South Wacker Drive
Chicago, IL 60606
cbergen@grippoelden.com
gdougherty@grippoelden.com
mgulland@grippelden.com

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com