IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Redbox Automated Retail, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 09-613-RBK ) ) |
| Warner Home Video, a division of Warner Bros. Home Entertainment, Inc., | ) ) ) |
| Defendant. | ) ) ) |

## ORDER GRANTING ADMISSION PRO HAC VICE OF KATHERINE B. FORREST

IT IS SO ORDERED this 17 day of September, 2009, that the Motion *Pro Hac Vice* of Katherine B. Forrest is GRANTED.

_____
Honorable Robert B. Kugler