IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC,<br><br>                           Plaintiff,<br><br>vs.<br><br>WARNER HOME VIDEO, a division of<br>WARNER BROS. HOME ENTERTAINMENT,<br>INC.,<br><br>                           Defendant. | C.A. No. 09-613 (RBK) |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Warner Home Video hereby certifies that Warner Home Video is a division of Warner Bros. Home Entertainment Inc., which is a wholly owned subsidiary of Warner Bros. Entertainment Inc., which is a wholly owned subsidiary of Time Warner Inc., a publicly traded Delaware corporation.

Of Counsel:

Katherine B. Forrest
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
kforrest@cravath.com

Dated: October 1, 2009

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
*Counsel for Defendant*
*Warner Home Video*

# CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2009, I caused to be served by **hand delivery and e-mail** the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

James S. Green
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
jgreen@svglaw.com

I hereby certify that on October 1, 2009, I caused the foregoing document to be sent via **e-mail** to the following non-registered participants:

Charles S. Bergen
George R. Dougherty
Michael S. Gulland
Grippo & Elden LLC
111 South Wacker Drive
Chicago, IL 60606
cbergen@grippoelden.com
gdougherty@grippoelden.com
mgulland@grippelden.com

Anne Shea Gaza (#4093)
gaza@rlf.com