# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC<br><br>Plaintiff,<br><br>vs.<br><br>WARNER HOME VIDEO,<br>a division of WARNER BROS. HOME<br>ENTERTAINMENT, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 09-613 (RBK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **AGREED STIPULATION AND ORDER**

Plaintiff Redbox Automated Retail, LLC and defendant Warner Home Video, a division of Warner Bros. Home Entertainment, Inc., by and through their respective attorneys and subject to approval of the Court, hereby stipulate and agree that the time within which plaintiff may file its brief in opposition to defendant's Motion to Dismiss (D.I. 13) ("Motion") is extended through and including November 20, 2009, and the time within which defendant may file a reply brief in support of the Motion is extended through and including December 16, 2009.

| | |
|---|---|
| /s/ James S. Green, Sr.<br>James S. Green, Sr. (#0481)<br>jgreen@svglaw.com<br>SEITZ, VAN OGTOP & GREEN, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br>Tel: (302) 888-0600<br>*Attorney for Plaintiff* | /s/ Frederick L. Cottrell, III<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (DE Bar ID #4093)<br>gaza@rlf.com<br>RICHARDS, LAYTON, & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Tel: (302) 651-7700<br>*Attorneys for Defendants* |

SO ORDERED this _____ day of October, 2009.

_____
United States District Judge

73135 v1