# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) C.A. No. 09-613 (RBK)<br>WARNER HOME VIDEO, )<br>a division of WARNER BROS. HOME )<br>ENTERTAINMENT, INC., )<br>)<br>)<br>Defendant. | |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, as follows:

WHEREAS Plaintiff, Redbox Automated Retail, LLC ("Redbox"), filed its complaint (D.I. 1) in this matter on August 18, 2009; and

WHEREAS Defendant Warner Home Video ("Warner") moved to dismiss Redbox's Complaint for failure to state a claim (D.I. 13) ("Motion to Dismiss") on October 1, 2009; and

WHEREAS shortly thereafter the parties agreed that Redbox's response in opposition to Warner's Motion to Dismiss would be due on November 20, 2009 (D.I. 17); and

WHEREAS Redbox's counsel has advised Warner's counsel that Redbox intends to file, on or before November 30, 2009, an amended complaint pursuant to Fed. R. Civ. P. 15, as a matter of right; and

WHEREAS counsel have agreed to a proposed briefing schedule with regard to the amendment.

828652.1

THEREFORE, in light of Redbox's representation that it intends to file an amended complaint on or before November 30, 2009, and in accordance with the parties' stipulations and agreements, the Court hereby sets the following schedule:

1. Warner shall move, answer, or otherwise plead in response to such Amended Complaint on or before December 21, 2009;

2. Redbox shall respond to any motion to dismiss Warner may file on or before January 29, 2010; and

3. Warner shall reply to Redbox's response on or before February 12, 2010.

| | |
|---|---|
| /s/   James S. Green | /s/ Frederick L. Cottrell, II |
| James S. Green (#0481) | Frederick L. Cottrell, III (#2555) |
| jgreen@svglaw.com | cottrell@rlf.com |
| SEITZ, VAN OGTROP & GREEN, P.A. | Anne Shea Gaza (DE Bar ID #4093) |
| 222 Delaware Avenue, Suite 1500 | gaza@rlf.com |
| P.O. Box 68 | RICHARDS, LAYTON, & FINGER, P.A. |
| Wilmington, DE  19899 | One Rodney Square, 920 North King Street |
| Tel:  (302) 888-0600 | Wilmington, DE 19801 |
| | Tel:  (302) 651-7700 |
| Of Counsel: | Of Counsel: |
| Charles S. Bergen | Katherine B. Forrest |
| George R. Dougherty | CRAVATH, SWAINE & MOORE LLP |
| Michael S. Gulland | Worldwide Plaza |
| GRIPPO & ELDEN LLC | 825 Eighth Avenue |
| 111 South Wacker Drive | New York, NY 10019 |
| Chicago, IL 60606 | Tel:  (212) 474-1000 |
| Tel:  (312) 704-7700 | |
| Frederick W. Stein | |
| REDBOX AUTOMATED RETAIL, LLC | |
| One Tower Lane, Suite 1200 | |
| Oakbrook Terrace, IL 60181 | |
| Tel:  (630) 756-8255 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated:  November ___, 2009

IT IS SO ORDERED this ____ day of November, 2009.

_____
United States District Judge