# Exhibit B

Dockets.Justia.com

| Date | Studio | Title | Box Office | Theatrical Date | Procurement Copy |
|---|---|---|---|---|---|
| 10/20/09 | Warner | The Orphan | $ 36.0 | 7/24/09 | 3.0 |
| 11/17/09 | Warner | My Sister's Keeper | $ 47.0 | 6/26/09 | 4.0 |
| 11/17/09 | Warner | The Time Traveler's Wife | $ 35.0 | 8/14/09 | 4.0 |
| 11/24/09 | Warner | Shorts | $ 30.0 | 8/7/09 | 4.0 |
| 11/24/09 | Warner | Four Christmases | $ 121.0 | | 6.0 |
| 12/1/09 | Warner | Terminator Salvation | $ 200.0 | 5/21/09 | 10.0 |
| 12/8/09 | Warner | Harry Potter & the Half Blood Prince | $ 265.0 | 7/15/09 | 10.0 |
| 12/15/09 | Warner | The Hangover | $ 280.0 | 6/5/09 | 10.0 |
| 12/22/09 | Warner | Final Destination: Death Trip (3D) | $ 50.0 | 8/28/09 | 4.0 |
| 12/22/09 | Warner | The Informant | $ 75.0 | 10/9/09 | 6.0 |
| 12/29/09 | Warner | Whiteout | $ 25.0 | 9/11/09 | 5.0 |
| | Warner | The Invention of Lying | $ 20.0 | 9/25/09 | |
| | Warner | Where the Wild Things Are | $ 30.0 | 10/16/09 | |
| | Warner | The Box | $ 35.0 | 11/6/09 | |
| | Warner | The Blind Side | $ 35.0 | 11/20/09 | |
| | Warner | Ninja Assassin | $ 40.0 | 11/25/09 | |
| | Warner | Invictus | | 12/11/09 | |
| | Warner | Sherlock Holmes | $ 200.0 | 12/25/09 | |
| | Warner | The Book of Eli | | 1/15/10 | |
| | Warner | Edge of Darkness | | 1/29/10 | |
| | Warner | Valentine's Day | | 2/12/10 | |
| | Warner | A Couple of Dicks | | 2/26/10 | |
| | Warner | Clash of the Titans (2010) | $ 125.0 | 3/26/10 | |
| | Warner | The Losers | | 4/9/10 | |
| | Warner | A Nightmare on Elm Street (2010) | $ 60.0 | 4/30/10 | |
| | Warner | Sex and the City 2 | $ 90.0 | 5/28/10 | |
| | Warner | Jonah Hex | | 6/18/10 | |
| | Warner | Inception | | 7/16/10 | |
| | Warner | Cats & Dogs: Revenge of Kitty Galore | $ 100.0 | 7/30/10 | |
| | Warner | Lottery Ticket | | 8/27/10 | |
| | Warner | The Town | | 9/10/10 | |
| | Warner | Flipped | | 9/17/10 | |
| | Warner | Guardians of Ga'Hoole 3D | | 9/24/10 | |
| | Warner | Going the Distance | | 10/8/10 | |
| | Warner | The Prisoners | | 10/22/10 | |
| | Warner | Due Date | | 11/5/10 | |
| | Warner | Harry Potter and the Deathly Hallows (Part One) | | 11/19/10 | |
| | Warner | Life as We Know It | | 12/17/10 | |