# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WARNER HOME VIDEO, a division of ) <br> WARNER BROS. HOME ) <br> ENTERTAINMENT, INC. ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No. 09-613-RBK <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Pei Y. Chung to represent the plaintiff, Redbox Automated Retail, LLC, in this matter.

    /s/ James S. Green, Esq.
James S. Green, Esq. (DE 0481)
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899
jgreen@svglaw.com
Telephone:  (302) 888-0600
Facsimile:  (302) 888-0606

*Attorneys for Plaintiff*

Date:  December 22, 2009

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____      _____
                                                                       United States District Judge

831943.1