[Doc. No. 18]

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

**REDBOX AUTOMATED RETAIL, LLC**

      **Plaintiff,**

      v.

**WARNER HOME VIDEO, a division of Warner Bros. Home Entertainment Inc.**

      **Defendant**

Civil No. 09-613 (RBK)

## ORDER

IT IS HEREBY ORDERED, this 21st day of January, 2010, that plaintiff counsel's motion for admission *pro hac vice* of Colleen P. Sorensen is granted upon the condition that the annual fee of $25.00 is paid to the Clerk of the Court in accordance with Standing Order for District Court Fund effective 01/01/05.  See Local Rule, Form Motion for Admission Pro Hac Vice.

/s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge

Dockets.Justia.com