IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REDBOX AUTOMATED RETAIL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| vs. | ) | |
| | ) | |
| WARNER HOME VIDEO, a division of WARNER BROS. HOME ENTERTAINMENT, INC., | ) ) ) | C.A. No. 09-613 (RBK) |
| | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Redbox Automated Retail, LLC hereby dismisses the above-captioned action, and every claim asserted therein, with prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: February 16, 2010

| | |
|---|---|
| Charles S. Bergen | /s/ James S. Green |
| GRIPPO & ELDEN LLC | |
| 111 South Wacker Drive | James S. Green (DE # 0481) |
| Chicago, IL 60606 | SEITZ, VAN OGTROP & GREEN, P.A. |
| Phone: (312) 704-7700 | 222 Delaware Avenue, Suite 1500 |
| Fax: (312) 558-1195 | PO Box 68 |
| | Wilmington, DE 19899 |
| | Phone: (302) 888-0600 |
| Frederick W. Stein | Fax: (302) 888-0606 |
| REDBOX AUTOMATED RETAIL, LLC | jgreen@svglaw.com |
| One Tower Lane, Suite 1200 | |
| Oakbrook Terrace, IL 60181 | |
| Phone: (630) 756-8255 | |
| Fax: (630) 756-8885 | |
| | *Attorneys for Plaintiff* |
| | *Redbox Automated Retail, LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2010, I caused to be served by email the foregoing NOTICE OF DISMISSAL WITH PREJUDICE on the following:

>Katherine b. Forrest
>CRAVATH, SWAINE, & MOORE LLP
>Worldwide Plaza
>825 Eighth Avenue
>New York, NY 10019
>(212) 474-1000
>kforrest@cravath.com
>
>Frederick L. Cotrell, III (#2555)
>Anne Shea Gaza (#4093)
>Stephen M. Ferguson (#5167)
>RICHARDS, LAYTON, & FINGER P.A.
>One Rodney Square
>920 North King Street
>Wilmington, DE 19801
>(302) 651-7700
>cottrell@rlf.com
>gaza@rlf.com
>ferguson@rlf.com

        /s/ James S. Green